# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Amy B. | United States District Court for the District of Columbia | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - active | ☐ Nomination    Date <br> ☐ Initial    ✔ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

United States District Court for the District of Columbia
300 Constitution Avenue, N.W.
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One | A | Interest | J | T | | | | | |
| 2. DC College Savings Plan 17+ | | None | K | T | | | | | |
| 3. DC College Savings Plan 17+ | | None | J | T | | | | | |
| 4. Wells Fargo bank account | A | Interest | L | T | | | | | |
| 5. SCHAWB INVESTMENTS: | | | | | | | | | |
| 6. ABEMX | A | Dividend | K | T | | | | | |
| 7. AEDYX | B | Dividend | L | T | | | | | |
| 8. BPIRX | | None | L | T | Sold (part) | 02/24/17 | K | | |
| 9. CAMYX | A | Dividend | K | T | Buy | 11/08/17 | K | | |
| 10. | A | Distribution | | | | | | | |
| 11. DFTCX ** | B | Dividend | M | T | Buy (add'l) | 02/24/17 | K | | |
| 12. | A | Distribution | | | | | | | |
| 13. EMVIX ** | A | Dividend | K | T | | | | | |
| 14. FPACX (formerly FPCIZ) | A | Dividend | L | T | Sold (part) | 02/24/17 | K | | |
| 15. | B | Distribution | | | | | | | |
| 16. FPNIX | A | Dividend | K | T | Buy | 11/08/17 | L | | |
| 17. FSIC | | None | K | T | Buy | 11/08/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GLRIX | A | Dividend | L | T | | | | | |
| 19. | C | Distribution | | | | | | | |
| 20. HLEMX | A | Dividend | K | T | | | | | |
| 21. ISTIX | B | Distribution | K | T | Sold (part) | 11/08/17 | K | | |
| 22. LLDYX | C | Dividend | K | T | Sold (part) | 12/21/17 | L | | |
| 23. MICSX | B | Dividend | L | T | | | | | |
| 24. | B | Distribution | | | | | | | |
| 25. MWCIX | B | Dividend | K | T | Buy (add'l) | 02/24/17 | K | | |
| 26. | A | Distribution | | | | | | | |
| 27. SGIIX | A | Dividend | K | T | Sold (part) | 11/08/17 | K | | |
| 28. | B | Distribution | | | | | | | |
| 29. SWGXX (Schwab Money Market) | A | Dividend | K | T | | | | | |
| 30. TEEIZ | A | Dividend | L | T | | | | | |
| 31. USSCX ** | C | Distribution | K | T | | | | | |
| 32. VDIGX | C | Dividend | M | T | | | | | |
| 33. | C | Distribution | | | | | | | |
| 34. VO | A | Dividend | | | Buy (add'l) | 04/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Jackson, Amy B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 36. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 37. | | | | | Sold | 11/08/17 | J | | |
| 38. VSCSX | A | Dividend | K | T | Buy (add'l) | 11/08/17 | K | | |
| 39. VTI | C | Dividend | M | T | Buy (add'l) | 03/31/17 | J | | |
| 40. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 41. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 42. | | | | | Sold (part) | 11/08/17 | L | | |
| 43. VUSFX | A | Dividend | L | T | Buy | 12/21/17 | L | | |
| 44. WABIX | A | Dividend | K | T | | | | | |
| 45. WHGIX | A | Dividend | K | T | | | | | |
| 46. | A | Distribution | | | | | | | |
| 47. IEV | | None | | | Sold | 02/24/17 | J | | |
| 48. HIMEX | | None | | | Sold | 02/24/17 | K | | |
| 49. 76116EFPO | | None | | | Sold | 01/17/17 | J | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MERRILL LYNCH INVESTMENT ACCOUNT: | | | | | | | | | |
| 53. ML Bank Dep Prog/IAXX - FIA Card SVS NA RASP MONEY MKT | A | Interest | L | T | | | | | |
| 54. Cecil Cnty MD | A | Interest | K | T | | | | | |
| 55. ABALX exchanged for GFFFX ** | A | Dividend | | | Sold | 05/30/17 | K | | |
| 56. GFFFX** | B | Dividend | K | T | Buy | 05/30/17 | K | | |
| 57. AGTHX | | None | | | Sold | 05/26/17 | K | | |
| 58. LGVAX | | None | | | Sold | 05/26/17 | J | | |
| 59. ETHSX | | None | | | Sold | 05/26/17 | J | | |
| 60. VTI | A | Dividend | L | T | Buy | 05/26/17 | L | | |
| 61. MADVX | D | Dividend | K | T | Buy | 05/31/17 | K | | |
| 62. AGG | A | Dividend | K | T | Buy | 05/26/17 | K | | |
| 63. SGIIX | C | Dividend | L | T | Buy | 05/26/17 | L | | |
| 64. BPIRX | | None | K | T | Buy | 05/26/17 | K | | |
| 65. BSIIX | B | Dividend | K | T | Buy | 05/26/17 | K | | |
| 66. BEEIX | B | Dividend | K | T | Buy | 05/26/17 | K | | |
| 67. FPACX | C | Dividend | L | T | Buy | 05/26/17 | L | | |
| 68. MALOX | C | Dividend | L | T | Buy | 05/26/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SRVEX | A | Dividend | | | Sold | 05/26/17 | K | | |
| 70. MCLOX | | None | | | Sold | 05/26/17 | K | | |
| 71. FNMA | A | Interest | J | T | | | | | |
| 72. Sevier Cnty | B | Interest | L | T | | | | | |
| 73. BRKB | | None | K | T | | | | | |
| 74. FBTAX | | None | | | Sold | 05/26/17 | K | | |
| 75. NVG | A | Dividend | | | Sold | 05/26/17 | J | | |
| 76. NEA | A | Dividend | | | Sold | 05/26/17 | J | | |
| 77. SGOVX | | None | | | Sold | 05/26/17 | L | | |
| 78. NSTAX | A | Dividend | | | Sold | 05/26/17 | K | | |
| 79. ETGIX | | None | | | Sold | 05/26/17 | K | | |
| 80. MERRILL LYNCH INHERITED IRA: | | | | | | | | | |
| 81. ML Bank Deposit - FIA Card/BoA RASP | A | Interest | L | T | | | | | |
| 82. Goldman Sachs Group | A | Interest | | | Redeemed | 01/17/17 | K | | |
| 83. ABALX | A | Dividend | | | Sold | 05/26/17 | K | | |
| 84. AGG | A | Dividend | L | T | Buy | 05/26/17 | L | | |
| 85. AGTHX | | None | | | Sold (part) | 05/26/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AGTHX exchanged fo GFFFX ** | | | | | Sold | 05/30/17 | K | | |
| 87. GFFFX ** | B | Dividend | K | T | Buy | 05/30/17 | K | | |
| 88. BEEIX | B | Dividend | K | T | Buy | 05/26/17 | K | | |
| 89. BPIRX | | None | K | T | Buy | 05/26/17 | K | | |
| 90. BSIIX | B | Dividend | L | T | Buy | 05/26/17 | L | | |
| 91. CVTRX | A | Dividend | | | Sold | 05/26/17 | K | | |
| 92. ETHSX | | None | | | Sold | 05/26/17 | L | | |
| 93. FABLX | A | Dividend | | | Sold | 05/26/17 | L | | |
| 94. LGVAX | | None | | | Sold | 05/26/17 | K | | |
| 95. MADVX | D | Dividend | L | T | Buy | 05/31/17 | K | | |
| 96. MDLOX | | None | | | Sold (part) | 05/26/17 | L | | |
| 97. MDLOX exchanged for MALOX ** | | None | | | Sold | 05/30/17 | L | | |
| 98. MALOX ** | C | Dividend | L | T | Buy | 05/30/17 | L | | |
| 99. OEGAX | | None | | | Sold | 05/26/17 | K | | |
| 100. SGIIX | C | Dividend | M | T | Buy | 05/26/17 | L | | |
| 101. SGOVX | | None | | | Sold | 05/26/17 | K | | |
| 102. SRVEX | A | Dividend | | | Sold | 05/26/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VTI | B | Dividend | L | T | Buy | 05/26/17 | L | | |
| 104. Autumn Woods Limited Partnership (X) | E | Rent | O | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Concerning VII. Investments and Trusts:

-- The TD Bank Savings Account that appeared on line 2 of my 2016 FDR was individually owned by a ▮ who was no longer dependant in 2016, so it did not need to be listed in 2016 and need not be listed in 2017.

-- The State of Israel Bonds that appeared on line 5 of my 2016 FDR matured in 2016, so I no longer owned any of them in 2017, and they provided no income in 2017.

-- Line 11: DFTCX was inadvertently left off my 2016 FDR. It should have appeared as follows:
INCOME DURING 2016
AMOUNT CODE: A    TYPE: Dividend
AMOUNT CODE: A    TYPE: Distribution
GROSS VALUE AT END OF 2016
VALUE CODE: L        VALUE METHOD TYPE: T
TRANSACTIONS DURING 2016
TYPE: Buy              DATE: 01/05/2016    VALUE CODE: K
TYPE: Buy (add'l)    DATE: 12/29/2016    VALUE CODE: K
TYPE: Buy (add'l)    DATE: 12/29/2016    VALUE CODE: K

-- Line 13: EMVIX was inadvertently left off my 2016 FDR. It should have appeared as follows:
INCOME DURING 2016
AMOUNT CODE: None  TYPE: None
GROSS VALUE AT END OF 2016:
VALUE CODE: K        VALUE METHOD TYPE: T
TRANSACTIONS DURING 2016
TYPE: Buy              DATE: 09/21/2016    VALUE CODE: K

-- Line 31: USSCX was inadvertently left off my 2016 FDR. It should have appeared as follows:__
INCOME DURING 2016
AMOUNT CODE: A    TYPE: Distribution
GROSS VALUE AT END OF 2016
VALUE CODE: K        VALUE METHOD TYPE: T
TRANSACTIONS DURING 2016
TYPE: Buy              DATE: 09/21/2016    VALUE CODE: K

-- Lines 55 & 56: ABALX was exchanged for GFFFX on 5/30/17. That exchange is reported as a Sold of ABALX on line 55 and a Buy of GFFFX on line 56.

-- Line 85: AGTHX was sold partially on 5/26/17. That transaction appears as Sold (Part) on line 85.
Lines 86 & 87: The rest of AGTHX was exchanged entirely for GFFFX on 5/30/17. That exchange is reported as a Sold of AGTHX on line 86 and a Buy of GFFFX on line 87.

-- Line 96: MDLOX was sold partially on 5/26/17. That transaction appears as Sold (Part) on line 96.
Lines 97 & 98: The rest of MDLOX was exchanged entirely for MALOX on 5/30/17. That exchange is reported as a Sold of MDLOX on line 97 and a Buy of MALOX on line 98.

-- Line 101: Autumn Woods Limited Partnership (Maryland real estate investment) -- partnership owns an apartment building in Howard County, Maryland. The value is not based on a formal appraisal but on an internal evaluation prepared by the comptroller of Starch Realty, which manages the property. The income represents my share of the rental income from the property.

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amy B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544